IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LINDSAY PENHALL, SARAH MALDONADO, and TIFFANIE RUNNELS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>Defendant. | **ORDER GRANTING MOTION TO STAY**<br><br>Case No. 2:20-cv-00617-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Stay (Motion) (ECF 146), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that this case is stayed for a period of forty-five (45) days from the entry of this Order. The current October 10, 2023 deadline for refiling Defendant's Motion to Compel Arbitration is vacated. If the Parties are unable to reach a final settlement, Defendant may refile Defendant's Motion within fifty (50) days of this Order and no later than November 27, 2023.

DATED this 6 October 2023.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah