Nicole A. Skolout (10223)
TOMCHAK SKOLOUT
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 699-5388
nicole.skolout@tomchaklaw.com

Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
Laura E. Goolsby (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
tarek.zohdy@capstonelawyers.com
cody.padgett@capstonelawyers.com
laura.goolsby@capstonelawyers.com

Christopher D. Moon (*pro hac vice*)
Kevin O. Moon (*pro hac vice*)
MOON LAW APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432
Facsimile: (650) 618-0478
chris@moonlawapc.com
kevin@moonlawapc.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LINDSAY PENHALL, SARAH MALDONADO, and TIFFANIE RUNNELS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>Defendant. | **STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Case No. 2:20-cv-0617-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

1

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs Lindsay Penhall, Sarah Maldonado, and Tiffanie Runnels, and Defendant Young Living Essential Oils, LC, by and through their counsel of record, hereby stipulate and move the Court for voluntary dismissal. Such dismissal is appropriate because the parties have resolved their dispute via settlement. The dismissal shall be with prejudice and with each party to bear their own costs, interest, and/or attorneys' fees.

A Proposed Order dismissing this case pursuant to stipulation has been submitted herewith.

DATED: November 22, 2023

Respectfully submitted,

/s/Laura E. Goolsby
CAPSTONE LAW APC
Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
Laura E. Goolsby (*pro hac vice*)

MOON LAW APC
Christopher D. Moon (*pro hac vice*)
Kevin O. Moon (*pro hac vice*)

TOMCHAK SKOLOUT P.C.
Nicole A. Skolout

*Attorneys for Plaintiffs*

DATED: November 22, 2023

Respectfully submitted,

/s/Rachael A. Rezabek
Jeremy A. Fielding (*pro hac vice)*
Olivia Adendorff (*pro hac vice*)
Jon David Kelley (*pro hac vice*)
Rachael A. Rezabek (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Phone: 214-972-1770 Fax: 214-972-1771
jeremy.fielding@kirkland.com
olivia.adendorff@kirkland.com
jon.kelley@kirkland.com
rachael.rezabek@kirkland.com

Robert S. Clark
Jeffrey J. Hunt
David C. Reymann
Bryan S. Johansen
PARR BROWN GEE & LOVELESS
101 S 200 E Ste 700
Salt Lake City, UT 84111
Phone: 801-532-7840
Fax: 801-532-7750

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2023, I filed the foregoing **STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** via the Court's ECF/CM filing system, which electronically served all counsel of record.

/s/ *Laura E. Goolsby*